# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| AISSATA SY, | ) | Case No. 2:21-cv-5015 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE ALGENON L. MARBLEY |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KIMBERLY A. |
| | ) | JOLSON |
| IMMEDIATE HEALTH ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the settlement agreement.

Dated this 2nd day of August, 2022.

| | |
|---|---|
| */s/Trisha M. Breedlove* | */s/Jared L. Buker* (email approval 8/01/22) |
| Trisha M. Breedlove (0095852) | Jan E. Hensel (#0040785) |
| **SPITZ, THE EMPLOYEE'S LAW FIRM** | Jared L. Buker (#0095167) |
| 1103 Schrock Road, Suite 307 | DINSMORE & SHOHL LLP |
| Columbus, Ohio 43229 | 191 W. Nationwide Blvd., Ste. 300 |
| Telephone: (216) 291-4744 | Columbus, OH 43215-5134 |
| Facsimile: (216) 291-5744 | Phone: (614) 628-6880 Fax: (614) 628-6890 |
| trisha.breedlove@spitzlawfirm.com | jan.hensel@dinsmore.com |
| *Counsel for Plaintiff* | jared.buker@dinsmore.com |
| | *Attorneys for Defendant,* |
| | *Immediate Health Associates, Inc.* |